```
                                                    FILED IN THE
                                                    UNITED STATES
                                                  BANKRUPTCY COURT

                                                   2009 AUG 26  AM 10: 12
```

David L. Miller, Bar No. 3736         DISTRICT OF UTAH
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
　　　　Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| ANDREW C. MORRISON<br>TERRIE LYNN MORRISON,<br>　　Debtor(s) | Bankruptcy No. 08-21624<br>(Chapter 7)<br>Judge Judith A. Boulden |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A　　The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B　　The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Mountain America Credit Union<br>c/o Darwin H. Bingham, Scalley Reading Bates<br>15 West South Temple, Ste 600<br>Salt Lake City, UT 84101 | $0.52 |

A check in the amount of $0.52 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 10, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DAVID L. MILLER
　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee